IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND LOPEZ,

    Petitioner,                      No. CIV S-08-0598 LKK EFB P

    vs.

ROBERT A. HOREL, et al.,

    Respondents.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file a response. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' January 8, 2009, request is granted and respondents have 20 days from the date this order is served to file and serve a response to the petition.

Dated: January 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE